IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES P. SIEMONSMA AND EDWARD J. MEEKINS, JR., | Civil No. 8:17-cv-00365 |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| HONKAMP KRUEGER FINANCIAL SERVICES, INC., | |
| Defendant. | |

COME NOW Plaintiffs James P. Siemonsma and Edward J. Meekins, Jr., and Defendant Honkamp Krueger Financial Services, Inc., pursuant to Federal Rule of Civil Procedure 41(a), by and through their respective counsel, and hereby stipulate, consent and agree the above-captioned action, and each and every claim therein against any party, should be dismissed with prejudice.  Each party is to bear his/its own costs and attorneys' fees.

Dated this 23rd day of April, 2018.              Dated this 23rd day of April, 2018.

| | |
|---|---|
| JAMES P. SIEMONSMA AND EDWARD J. MEEKINS, JR., Plaintiffs | HONKAMP KRUEGER FINANCIAL SERVICES, INC., Defendant |
| By: *s/ Margaret C. Hershiser* | By: *s/ Kathryn E. Jones* |
| Margaret C. Hershiser #19545 | Kathryn E. Jones #21957 |
| David A. Yudelson #23257 | Clete P. Samson #26211 |
| Koley Jessen P.C., L.L.O | KUTAK ROCK LLP |
| One Pacific Place, Suite 800 | The Omaha Building |
| 1125 South 103rd Street | 1650 Farnam Street |
| Omaha, Nebraska  68124-1079 | Omaha, Nebraska  68102-2186 |
| Telephone: (402) 390-9500 | Telephone: (402) 346-6000 |
| Facsimile: (402) 390-9005 | Facsimile: (402) 346-1148 |
| Margaret.Hershiser@koleyjessen.com | kate.jones@kutakrock.com |
| David.Yudelson@koleyjessen.com | clete.samson@kutakrock.com |

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Margaret C. Hershiser, Esq.
Margaret.Hershiser@koleyjessen.com

David A. Yudelson, Esq.
David.Yudelson@koleyjessen.com

                                      *s/ Kathryn E. Jones*
                                      Kathryn E. Jones

4835-2101-9747.1