IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES P. SIEMONSMA AND EDWARD J. MEEKINS, JR., | Civil No. 8:17-cv-00365 |
| Plaintiffs, | **ORDER** |
| v. | |
| HONKAMP KRUEGER FINANCIAL SERVICES, INC., | |
| Defendant. | |

THIS MATTER came before the Court upon the Parties' Stipulation for Dismissal with Prejudice in the above-captioned matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the Parties' Stipulation for Dismissal with Prejudice is granted and all claims asserted in the above-captioned matter are dismissed, with prejudice, each Party to pay his or its own costs and attorneys' fees.

Dated this 24th day of April, 2018.

BY THE COURT


s/ Joseph F. Bataillon
 Senior United States District Court Judge